IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DONALD FELIX WINNETT
ADC #139544                                                                                        PLAINTIFF

v.                                      No. 5:13-cv-126-DPM-BD

RAY HOBBS, Director, Arkansas
Department of Correction                                                                    DEFENDANT

## ORDER

The Court has considered Magistrate Judge Beth Deere's recommended disposition, № 32, and Winnett's objections, № 34. After conducting a *de novo* review, the Court adopts Judge Deere's recommendation as its own. FED. R. CIV. P. 72(b)(3). Winnett's petition for a writ of habeas corpus is time-barred. 28 U.S.C. § 2244(d)(1)(A). He has made no equitable-tolling argument, and the Court sees no basis for one. Winnett's petition is dismissed with prejudice. The pending motion for reconsideration, № 31, is denied as moot. No certificate of appealability will issue because Winnett has not made a substantial showing of the violation of any right.

So Ordered.

*DP Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

1 October 2013