IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DONALD FELIX WINNETT
ADC #139544                                                                              PLAINTIFF

v.                             No. 5:13-cv-126-DPM-BD

RAY HOBBS, Director, Arkansas
Department of Correction                                                           DEFENDANT

## JUDGMENT

Winnett's petition is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_1 October 2013_